DARRYL L. THOMPSON, P.C.
841 I Street
Anchorage, Alaska 99501
(907) 272-9322

Attorney for Debra Vonhof

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

DEBRA VONHOF,                )
                             )
    Plaintiff,           )
                             )
vs.                          )
                             )
UNITED STATES OF AMERICA,    )
                             )
    Defendant.           )
_____) **Case No.**

**COMPLAINT**

COMES NOW, Debra Vonhof, by and through the LAW OFFICE OF DARRYL L. THOMPSON, P.C., who for her complaint against the defendants complains and alleges:

1. Debra Vonhof is an Alaska Native who was receiving medical care from the Alaska Native Medical Center in Anchorage, Alaska. At all times relevant to this complaint Debra was a resident of the State of Alaska, Third Judicial District.

2. Alaska Native Tribal Health Consortium d/b/a Alaska Native Medical Center is a consortium of Alaska Tribal health organizations organized pursuant

1

to §325 of Pu. L. 105-83 and they operated Alaska Native Medical Center (Hereinafter ANMC at the time of the incidents described herein. ANMC carries out federal health care programs for Alaska Natives and American Indians, authorized by the Indian Health Care Improvement Act, 25 U.S.C. §16161, Section 121 of Pub. L. 94-437, as amended and Title V of the Indian Self-Determination and Education Assistance Act, 25 U.S.C. §450 et seq., Pub. L. 93-638 as amended.

3. The United States of American, Department of Health and Human Services administers or overseas the programs and services of ANMC.

4. Debra Vonhof filed an Administrative Tort Claim under the Federal Tort Claims Act and the administrative claim was denied on March 31, 2008. This being a claim against the United States, which alleges injury as a result of medical malpractice and negligence, this Court has jurisdiction of this action under the Federal Tort Claims Act. 28 U.S.C. § 2671 et seq.

5. The United States through ANMC was responsible for providing medical treatment to Vonhof, and during 2001, ANMC failed to conduct appropriate lab tests and other diagnostic procedures that are standard practice and as a direct result of that failure, Vonhof has suffered serious physical injury and serious emotional upset.

6. In the year prior to mid-October 2001, Vonhof made numerous complaints about feeling ill and having respiratory problems. Simple blood tests and other standard diagnostic procedures could have been ordered by ANMC,

but they were not. Instead, ANMC prescribed antibiotics and inhalers to remedy Vonhof's problem, which treatment may have exasperated her medical condition.

7. In mid-October 2001, Vonhof presented again to ANMC and was finally seen by a specialist, who ordered blood tests and other diagnostic procedures and diagnosed her as having congestive heart failure.

8. Vonhof was taken to Alaska Regional Hospital and diagnosed with kidney failure and she since been diagnosed as having acute kidney failure in need of a kidney transplant.

9. ANMC did very little in an attempt to evaluate Vonhof's medical condition, and failed to follow standard procedures.

## COUNT I

10. All preceding paragraphs of this complaint are incorporated into this first cause of action and plaintiff further complains and alleges:

11. When Vonhof presented to the ANMC for medical treatment, defendants failed to exercise the degree of skill and care normally exercised by medical professionals, defendants failed to perform proper diagnostic testing, and failed to follow its own published guidelines.

12. As a direct a proximate result of defendants' failure to exercise the degree of skill and care normally exercised by competent medical personnel Vonhof suffered injuries that would otherwise not have occurred, which injuries caused acute kidney failure and a need for a kidney transplant. ANMC caused

Vonhof to suffer severe emotional distress, and severe pain and suffering and she is entitled to damages. The amount of damages claimed in the administrative tort claim was Eleven Million Dollars.

WHEREFORE, plaintiff prays for the following relief:

1. An award of damages including an amount for past and future medical expenses, pain and suffering, mental suffering.

2. An award of attorney fees and costs incurred in the prosecution of this matter.

3. Such other relief, whether, legal or equitable, and whether similar or different than the relief specifically prayed for herein, and to which Vonhof is otherwise entitled.

SUBMITTED on this 19th day of September, 2008 in Anchorage, Alaska.

Law Office of Darryl L. Thompson, P.C.

Attorney for Debra VonHof

s/Darryl L. Thompson
841 I Street
Anchorage, Alaska 99501
907-272-9322
907-277-1373- Fax
darrylthompson@akdltlaw.com
ABA: 8706055