KAREN L. LOEFFLER
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-3379
Fax (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN VONHOF, individually and as administrator of the Estate of Debra Vonhof and on behalf of Shelby Vonhof, a minor child,<br><br>        Plaintiff,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 3:08-cv-00210-RRB<br><br>**STATUS REPORT** |

      Defendant, through counsel, gives notice to the Court of recent developments in this case.

      The parties employed a third party mediator, Douglas Serdahely, to conduct a mediation on September 30 and October 1, 2010, and reached a settlement of the claims in this case. The necessary releases and closing paperwork are being prepared, but the parties will delay such until later this month. Shelby Vonhof will be turning 18 on October 25, 2010, thus reaching the age of majority and eliminating the need to obtain approval of her portion of the settlement from the

Superior Court.

Accordingly, the parties will plan to move to change the caption of the case after Shelby's birthday and then process the necessary closing paperwork. The undersigned suggests that closing paperwork or a status update should be filed with the Court on or before December 17, 2010.

RESPECTFULLY SUBMITTED this 7th of October, 2010, in Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/ Richard L. Pomeroy
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2010,
a copy of the foregoing **STATUS REPORT**
was served electronically on:

Darryl L Thompson

s/ Richard L. Pomeroy

Vonhof v. U.S.　　　　　　　　　　　2
Case No. 3:08-cv-00210-RRB

Case 3:08-cv-00210-RRB   Document 23   Filed 10/07/10   Page 2 of 2