KAREN L. LOEFFLER
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-3379
Fax (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN VONHOF, individually and as administrator of the Estate of Debra Vonhof and SHELBY VONHOF,<br><br>    Plaintiffs,<br><br>  vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:08-cv-00210-RRB<br><br>**STATUS REPORT** |

      Defendant, through counsel, in accordance with this Court's Order at Docket 24, provides the following status report.

      After the change of the caption to reflect Shelby's age of majority, the parties executed the necessary settlement papers which have been submitted to the Department of Treasury for payment. Payment should be made shortly, but the undersigned does not have a specific date by which payment should be made. Based on past experience, it should be a matter of days, but past

experience may not always be an accurate predictor of future performance. Therefore, the undersigned suggests that closing paperwork or a further status update should be filed with the Court on or before January 7, 2011.

    RESPECTFULLY SUBMITTED this 17th of December, 2010, in Anchorage, Alaska.

    KAREN L. LOEFFLER
    United States Attorney

    s/ Richard L. Pomeroy
    Assistant U. S. Attorney
    222 West 7th Ave., #9, Rm. 253
    Anchorage, AK 99513-7567
    Phone: (907) 271-5071
    Fax: (907) 271-2344
    E-mail: richard.pomeroy@usdoj.gov
    Alaska Bar No. 8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2010,
a copy of the foregoing **STATUS REPORT**
was served electronically on:

Darryl L Thompson

s/ Richard L. Pomeroy

Vonhof v. U.S.     2
Case No. 3:08-cv-00210-RRB

Case 3:08-cv-00210-RRB   Document 27   Filed 12/17/10   Page 2 of 2