KAREN L. LOEFFLER
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-3379
Fax (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JOHN VONHOF, individually and as administrator of the Estate of Debra Vonhof and SHELBY VONHOF,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:08-cv-00210-RRB<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

The Plaintiff and the Defendant, via undersigned counsel, stipulate that all claims which were asserted or which could have been asserted by Plaintiff against the United States in this action may be dismissed with prejudice, with each party to bear its own costs, expenses, and attorney's fees.

RESPECTFULLY SUBMITTED this 29th of December, 2010, in Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/ Richard L. Pomeroy
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031


DARRYL L. THOMPSON, P.C.


s/ Darryl L. Thompson
841 I Street
Anchorage, AK 99501
Phone: (907) 272-9322
Fax: (907) 277-1373
Email: darrylthompson@akdltlaw.com
Alaska Bar No. 8706055
Attorney for Plaintiff